ELIZABETH ESTEY, joined by her husband and next friend, HOWARD L. ESTEY, v. ACORN SECURITIES, INC., *et al.*

4 So. (2nd) 877

Division B

Opinion Filed November 14, 1941

*Walter E. Smith,* for Petitioners.

*Giles H. Lewis,* for Respondents.

PER CURIAM.—The petition for certiorari is denied.

BROWN, C. J., TERRELL, CHAPMAN and THOMAS, J. J., concur.